UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTELL HADDEN,

    Plaintiff,

v.                                Case No. 10-14961

CITY OF DETROIT, et al.,

    Defendants.
                                                 /

**ORDER DISMISSING DEFENDANT CITY OF DETROIT POLICE DEPARTMENT**

        On December 14, 2010, Plaintiff initiated the above captioned action, naming as Defendants both City of Detroit and City of Detroit Police Department, as well as an individual Defendant.  On December 22, 2010, the court issued an order to show cause why Defendant City of Detroit Policy Department should not be dismissed as a party.  On December 29, 2010, Plaintiff responded, stating that he does not oppose or object to the dismissal of Defendant City of Detroit Police Department.  Accordingly,

        IT IS ORDERED that Defendant Detroit Police Department is hereby DISMISSED as a party to the above captioned suit.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: January 5, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 5, 2011, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522